**Commonwealth ex rel. Berry, Appellant, v. Maroney.**

Submitted April 12, 1965. *Thomas E. Berry*, appellant, in propria persona; *William A. Peiffer*, Assistant District Attorney, and *Edward H. Carney*, District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

**Commonwealth ex rel. Burgwin, Appellant, v. Maroney.**

Submitted April 12, 1965. *Hazel William Burgwin*, appellant, in propria persona; *Edwin J. Martin*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

**Commonwealth ex rel. Cochran, Appellant, v. Russell.**

Submitted April 12, 1965. *Theodore John Cochran*, appellant, in propria persona; *W. Thomas Malcolm*, District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.